**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-1661**

_____

SCOTT E. JOHNSON,

Plaintiff - Appellant,

versus

KEMET ELECTRONICS CORPORATION; MANPOWER
INTERNATIONAL, INCORPORATED,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Shelby.  Lacy H. Thornburg, District
Judge.  (CA-96-96-4)

_____

Submitted:  March 12, 1998          Decided:  March 23, 1998

_____

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Scott E. Johnson, Appellant Pro Se.  G. Scott Humphrey, OGLETREE,
DEAKINS, NASH, SMOAK & STEWART, Greenville, South Carolina; John
Doughty Cole, Sr., HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, Char-
lotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Defendants in Appellant's suit alleging employment discrimination. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. Manpower Int'l</u>, No. CA-96-96-4 (W.D.N.C. Apr. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>